# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hodge, John S. | United States Bankruptcy Court Western District of Louisiana | 07/24/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
|---|---|---|

**7. Chambers or Office Address**

Tom Stagg United States Court House
300 Fannin Street, Suite 4400
Shreveport, LA 71101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | First American Title Insurance Company | 09/11/2019, 09/17/2019 and 09/18/2019 | Lafayette, LA (9/11/19), Baton Rouge, LA (9/17/19) and New Orleans, LA (09/18/19) | Speaker at CLE - "Bankruptcy for Real Estate Attorneys" | mileage and hotel |
| 2. | Louisiana State University, Paul M. Hebert Law Center | 10/16/2019 - 10/18/2019 | Baton Rouge, LA | Speaker at CLE - "LSU Law Bankruptcy CLE" | mileage and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Account No. 1 (H) | | | | | | | | | |
| 2. HSA Bank - Cash Account | A | Interest | J | T | | | | | |
| 3. JP Morgan Equity Index R6 Fund | A | Dividend | L | T | | | | | |
| 4. Account No. 2 (H) | | | | | | | | | |
| 5. Capital One Cash Account | A | Interest | K | T | | | | | |
| 6. Account No. 3 (H) | | | | | | | | | |
| 7. Bank of America Cash Accounts | F | Interest | P1 | T | | | | | |
| 8. ISH USD HIGH YIELD CORPORATE BOND ETF SH FUND | A | Dividend | J | T | Buy (add'l) | 03/25/19 | J | | |
| 9. | | | | | Buy (add'l) | 03/25/19 | J | | |
| 10. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 11. ISHARES RUSSELL 1000 GROWTH FUND | A | Dividend | K | T | Buy (add'l) | 01/30/19 | J | | |
| 12. | | | | | Buy (add'l) | 01/30/19 | K | | |
| 13. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 14. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 15. ISHARES RUSSELL 1000 VALUE FUND | B | Dividend | L | T | Buy (add'l) | 01/30/19 | J | | |
| 16. | | | | | Buy (add'l) | 01/30/19 | K | | |
| 17. | | | | | Buy (add'l) | 04/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 06/27/19 | J | A | |
| 19. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 20.  ISHARES TR CORE MSCI EAF ETF<br>FUND | A | Dividend | K | T | Buy | 01/30/19 | J | | |
| 21. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 22. | | | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 23. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 24. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 25.  ISHARES US TREASURY BOND ETF<br>FUND | A | Dividend | K | T | Buy<br>(add'l) | 01/30/19 | J | | |
| 26. | | | | | Buy<br>(add'l) | 01/30/19 | K | | |
| 27. | | | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 28. | | | | | Sold<br>(part) | 06/27/19 | J | A | |
| 29. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 30.  VANGUARD INTRMDIATE-TERM<br>CORPORATE BOND FUND | B | Dividend | K | T | Buy<br>(add'l) | 01/30/19 | K | | |
| 31. | | | | | Buy<br>(add'l) | 01/30/19 | K | | |
| 32. | | | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 33. | | | | | Sold<br>(part) | 06/27/19 | J | A | |
| 34. | | | | | Sold<br>(part) | 06/27/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. VANGUARD MORTGAGE-BACKED SEC FUND | A | Dividend | K | T | Buy (add'l) | 06/27/19 | J | | |
| 36. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 37. VANGUARD SHORT-TERM TREASURY ETF FUND | A | Dividend | J | T | Buy (add'l) | 01/30/19 | J | | |
| 38. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 39. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 40. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 41. VANGUARD SMALL CAP FUND | A | Dividend | K | T | Sold (part) | 10/15/19 | J | A | |
| 42. VANGUARD TOTAL INTERNATL BOND ETF FUND | A | Dividend | J | T | Buy (add'l) | 01/30/19 | J | | |
| 43. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 44. AIG FOCUSED DIVIDEND STRATEGY FD C | C | Dividend | M | T | | | | | |
| 45. ALLIANZGI INCOME AND GROWTH FUND CL P | A | Dividend | K | T | | | | | |
| 46. AMER FUNDS AMERICAN BALANCED FUND CL F2 | B | Dividend | L | T | Buy (add'l) | 01/28/19 | K | | |
| 47. | | | | | Buy (add'l) | 10/11/19 | L | | |
| 48. AMERICAN FUNDAMENTAL INVESTORS CL C FD | D | Dividend | M | T | | | | | |
| 49. AMERICAN FUNDAMENTAL INVESTORS FUND CL F2 | C | Dividend | M | T | Sold (part) | 10/11/19 | J | A | |
| 50. AMERICAN GROWTH FUND OF AMERICAN CL F1 | E | Dividend | N | T | | | | | |
| 51. AMERICAN SMALLCAP WORLD FUND CL C | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMERICAN SMALLCAP WORLD FUND CL F1 | B | Dividend | K | T | | | | | |
| 53. BLACKROCK ADVANTAGE LRG CAP VALUE FUND CL C | A | Dividend | K | T | | | | | |
| 54. BLACKROCK ADVANTAGE LRG CAP VALUE FUND CL A | A | Dividend | K | T | | | | | |
| 55. BLACKROCK BALANCED CAPITAL FUND INC INSTL | A | Dividend | J | T | | | | | |
| 56. BLACKROCK EQTY DIVIDEND FUND INSTL | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |
| 57. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 58. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 59. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 60. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 61. BLACKROCK GLOBAL ALLOCATION FD INC A | B | Dividend | L | T | Sold (part) | 01/30/19 | K | A | |
| 62. | | | | | Sold (part) | 01/30/19 | J | A | |
| 63. CLEARBRIDGE LARGE CAP GROWTH FUND CL I | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |
| 64. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 65. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 66. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 67. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 68. | | | | | Buy (add'l) | 06/26/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   DELAWARE SMALL CAP CORE FUND CL INSTL | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |
| 70. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 71. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 72. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 73. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 74. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 75.   EDGEWOOD GROWTH FUND CL INST | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |
| 76. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 77. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 78. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 79. | | | | | Redeemed (part) | 06/26/19 | J | | |
| 80. | | | | | Redeemed (part) | 06/26/19 | J | | |
| 81.   INVESCO INTERNATIONAL GROWTH FUND CL Y | A | Dividend | J | T | Buy (add'l) | 01/29/19 | J | | |
| 82. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 83. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 84. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 85. | | | | | Buy (add'l) | 04/16/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hodge, John S.** | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Redeemed (part) | 06/26/19 | J | | |
| 87. | | | | | Redeemed (part) | 06/26/19 | J | | |
| 88. INVESCO INTERNATIONAL GROWTH FUND CL A | D | Dividend | L | T | | | | | |
| 89. LORD ABBETT ALPHA STRATEGY FD CL F | B | Dividend | M | T | | | | | |
| 90. MFS RESEARCH INTERNATIONAL FD CL I | A | Dividend | J | T | | | | | |
| 91. MFS VALUE FD CL I | C | Dividend | M | T | Buy (add'l) | 01/29/19 | J | | |
| 92. | | | | | Buy (add'l) | 01/29/19 | J | | |
| 93. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 94. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 95. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 96. | | | | | Redeemed (part) | 06/26/19 | J | | |
| 97. | | | | | Redeemed (part) | 06/26/19 | J | | |
| 98. | | | | | Buy (add'l) | 10/11/19 | J | | |
| 99. | | | | | Buy (add'l) | 10/11/19 | L | | |
| 100. NEUBERGER BERMAN INTL EQUITY FUND CL INSTL | A | Dividend | K | T | Buy (add'l) | 06/27/19 | J | | |
| 101. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 102. OAKMARK INTL FD CL ADV | A | Dividend | K | T | Buy (add'l) | 01/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 104. | | | | | Buy<br>(add'l) | 01/30/19 | K | | |
| 105. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 106. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 107. | | | | | Buy<br>(add'l) | 04/16/19 | J | | |
| 108. | | | | | Redeemed<br>(part) | 06/26/19 | J | | |
| 109. | | | | | Redeemed<br>(part) | 06/26/19 | J | | |
| 110. | | | | | Sold<br>(part) | 10/11/19 | J | A | |
| 111. PIMCO INVESTMENT GRADE CREDIT<br>BOND FD CL I2 | B | Dividend | K | T | Buy<br>(add'l) | 06/26/19 | K | | |
| 112. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 113. T ROWE PRICE BLUE CHIP GROWTH<br>FUND INV CL | A | Dividend | M | T | | | | | |
| 114. T ROWE PRICE EMERGING MARKETS<br>STOCK FD INV CL | A | Dividend | K | T | Buy<br>(add'l) | 01/29/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 116. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 117. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 118. | | | | | Buy<br>(add'l) | 04/16/19 | K | | |
| 119. | | | | | Redeemed<br>(part) | 06/26/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Redeemed<br>(part) | 06/26/19 | J | | |
| 121.  T ROWE PRICE EQUITY INDEX 500 FUND INV CL | B | Dividend | M | T | | | | | |
| 122.  T ROWE PRICE GROWTH STOCK FUND INV CL | A | Dividend | K | T | | | | | |
| 123.  T ROWE PRICE QM US SMALL CAP GROWTH EQ FD INV CL | A | Dividend | J | T | | | | | |
| 124.  TCW TOTAL RETURN BOND FD CL I | B | Dividend | K | T | Buy<br>(add'l) | 01/29/19 | J | | |
| 125. | | | | | Buy<br>(add'l) | 01/29/19 | J | | |
| 126. | | | | | Buy<br>(add'l) | 01/30/19 | J | | |
| 127. | | | | | Buy<br>(add'l) | 01/30/19 | K | | |
| 128. | | | | | Buy<br>(add'l) | 04/16/19 | J | | |
| 129. | | | | | Redeemed<br>(part) | 06/26/19 | J | | |
| 130. | | | | | Redeemed<br>(part) | 06/26/19 | J | | |
| 131.  ALTRIA GROUP INC COMPANY GUARNT GLB BOND | A | Interest | K | T | | | | | |
| 132.  BANK OF AMERICA CORP SER NOTZ BOND | B | Interest | K | T | | | | | |
| 133.  CATERPILLAR FINANCIAL SE SER NOTZ BOND | B | Interest | K | T | | | | | |
| 134.  CITIGROUP INC GLB BOND | A | Interest | K | T | | | | | |
| 135.  COMCAST CORP COMPANY GUARNT GLB BOND | A | Interest | K | T | | | | | |
| 136.  DISCOVER FINANCIAL SVS SER NOTZ BOND | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. DOW CHEMICAL CO/THE SER NOTZ BOND | A | Interest | K | T | | | | | |
| 138. DUKE ENERGY CORP SER NOTZ BOND | A | Interest | K | T | | | | | |
| 139. GENERAL ELEC CAP CORP SER NOTZ BOND | A | Interest | K | T | | | | | |
| 140. GENERAL ELEC CAP CORP SER NOTZ BOND | A | Interest | K | T | | | | | |
| 141. GOLDMAN SACHS GROUP INC SER NOTZ BOND | B | Interest | K | T | | | | | |
| 142. GOLDMAN SACHS GROUP INC SER NOTZ BOND | A | Interest | K | T | | | | | |
| 143. JOHN DEERE CAPITAL CORP SER MTN BOND | B | Interest | K | T | | | | | |
| 144. JPMORGAN CHASE & CO GLB BOND | B | Interest | K | T | | | | | |
| 145. KRAFT FOODS GROUP INC COMPANY GUARNT GLB BOND | B | Interest | K | T | | | | | |
| 146. MORGAN STANLEY SER GMTN GLB BOND | A | Interest | K | T | | | | | |
| 147. NATIONAL RURAL UTIL COOP SER NOTZ BOND | B | Interest | K | T | | | | | |
| 148. NORTHERN TRUST CORP SUBORDINATED GLB BOND | B | Interest | K | T | | | | | |
| 149. PHILIP MORRIS INTL INC GLB BOND | B | Interest | K | T | | | | | |
| 150. WELLS FARGO & COMPANY SUBORDINATED SER MTN BOND | B | Interest | K | T | | | | | |
| 151. WESTPAC BANKING CORP GLB BOND | B | Interest | K | T | | | | | |
| 152. AMERICAN CAPITAL WORLD GROWTH AND INCOME CL F2 | B | Dividend | | | Sold | 10/11/19 | L | A | |
| 153. AMERICAN GROWTH FUND OF AMERICA CL F2 | B | Dividend | | | Sold | 10/11/19 | K | D | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  FRANKLIN GROWTH FD ADV | B | Dividend | | | Sold | 01/30/19 | L | A | |
| 155. | | | | | Sold | 10/11/19 | K | A | |
| 156.  ALLIANZGI MID CP FD CL A | B | Dividend | | | Sold | 01/29/19 | J | A | |
| 157.  CLEARBRIDGE ALL CAP VL I VALUE FUND CL | B | Dividend | | | Sold | 01/28/19 | J | A | |
| 158.  EATON VANCE WORLDWIDE HEALTH SCI FUND CL I | B | Dividend | | | Sold | 01/28/19 | J | A | |
| 159.  TEMPLETON GROWTH FUND, INC A INC. CL A | B | Dividend | | | Sold | 01/30/19 | M | A | |
| 160.  CLEARBRIDGE AGGR GRW A GROWTH FUND A | B | Dividend | | | Sold | 01/30/19 | K | D | |
| 161.  CLEARBRIDGE ALL CAP VL C VALUE FUND CL C | B | Dividend | | | Sold | 01/30/19 | K | D | |
| 162.  SPDR BLMBRG BRCLY HIGH YIELD BOND ETF | B | Dividend | | | Buy (add'l) | 01/30/19 | J | | |
| 163. | | | | | Sold | 03/21/19 | J | A | |
| 164. | | | | | Sold | 03/25/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hodge, John S. | 07/24/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John S. Hodge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544